Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York ▾

_____ Division

| | | |
|---|---|---|
| Dennis Joe Steven Verse ICN 89195 | ) | Case No.  **25 CV 6381-MAV** |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| Deputy Superintendent Sandra Amoia | ) | |
| Erie County Sheriff John C. Garcia | ) | |
| Erie County Correctional Facility | ) | |
| New York State Department Of Corrections | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

*(stamp)* UNITED STATES DISTRICT COURT FILED JUL 17 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Dennis Joe Steven Verse ICN 89195 |
| Street Address | 11581 Walden Ave |
| City and County | Alden-Erie |
| State and Zip Code | New York 14004 |
| Telephone Number | 716-937-5585 |
| E-mail Address | N/A |

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sandra Amoia |
| Job or Title *(if known)* | Deputy Superintendent |
| Street Address | 10 Delaware Ave |
| City and County | Buffalo-Erie |
| State and Zip Code | New York 14202 |
| Telephone Number | 716-858-1757 ext 1421 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | John C. Garcia |
| Job or Title *(if known)* | Erie County Sheriff |
| Street Address | 10 Delaware Ave |
| City and County | Buffalo-Erie |
| State and Zip Code | New York 14202 |
| Telephone Number | 716-858-1757 ext 0001 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Erie County County Correctional Facility |
| Job or Title *(if known)* | Jail |
| Street Address | 11581 Walden Ave |
| City and County | Alden-Erie |
| State and Zip Code | New York 14004 |
| Telephone Number | 716-937-5585 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | New York State Department Of Corrections |
| Job or Title *(if known)* | Corrections |
| Street Address | P.O. Box 7344 Capitol Station |
| City and County | Albany-Albany County |
| State and Zip Code | New York 12223 |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | Unknown |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st 5th 8th 13th 15th Amendmants violated,Human Rights provision under federal law {A,G,I,K] Human Rights Act 2020-2024 Act 7-2: United States -N- United Nations world treatie of Human Rights 2024 United States -N- United Nations world treatie of standards and Human Rights of peoples in Jails and prisons USC.8-us-un-1b173-21-A-24-c4world-

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  N/A                                              , is a citizen of the

State of *(name)*  N/A                                      .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*  N/A                                      , is incorporated

under the laws of the State of *(name)*    N/A                                      ,

and has its principal place of business in the State of *(name)*

N/A                                      .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  N/A                                      , is a citizen of

the State of *(name)*  N/A                                      . Or is a citizen of

*(foreign nation)*  N/A                                      .

      b.      If the defendant is a corporation

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount I am asking for is 80 million dollars in damages for violating my civil and human rights.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On and around 8-5-2024 Deputy Superintendent Sandra Amoia and Sheriff John C. Garcia are willfully housing murderers and other violent crimes convicted state ready inmates in dorms at the Erie County Correctional Facility with inmates who are or have yet to be convicted of lesser crimes, or are serving sentences for lesser offenses in violation of federal law 1.77 of jails. I feel very unsafe at all times. PLEASE SEE ADDITIONAL PG MARKED Statement Of Claim #1 FOR MORE INFO

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking 80 million dollars in damages for the following that began around 8-5-2024 I suffer from Post Traumatic Stress Disorder and other physical and mental health issues. PLEASE SEE ADDITIONAL PG MARKED RELIEF #1 FOR ADDITIONAL INFO

Statement Of Claim # 1;

Being forced to sleep in a open dorm with murderers and rapist in a unsafe facility, where the officers often fall asleep at night , without having been convicted of a crime yet has caused me severe mental damage. I am forced to be in a environment with inmates who have mental health issues and should be placed in a hospital setting , not in a open dorm(free for all). It is sick it as if my life is always in danger. John C. Garcia is head of everything having to do with the Erie County Correctional Facility and has willfully allowed the following, violation of my right to vote as a United States citizen . He is forcing me to live in a unclean, unsafe facility run by the sheriffs . Forcing me to eat unclean substandard food sometimes over or undercooked or either rotten or halfway rotten . I am forced to shower in unclean black molded shower stalls . I am forced to use a unclean bathroom in stalls with no dividers in between leaving my nakedness to be seen by inmates and male and female guards at there whim, leaving me feeling as if I am not human . I am forced to drink water drawn from unclean sinks . I am forced to strip naked in front of officers on or off camera and then searched . Leaving me feeling violated and assaulted . For transport I am forced to ride in a box on the back of a truck while hancuffed to another inmate with no seatbelts creating a feeling of helplessness .I am also suffering a mouth infection due to broken implant leaving metal lodged in my gums along with broken tooth and the dentist refused to remove it .The facility shows descriminatory behavior by allowing white inmates to work in working dorms before blacks. Almost 90 % of the officers in the Erie County Alden facility are white . Department of Corrections to whom oversees the jails in new york state is allowing all of the above . They have not made any of the programs the state prison has for rehabilitation or early release available due to the officers going on strike in february of 2025 denying me of my right to due process . All of the above began 8-5-2024

1

Relief Pg # 1

I have bodily injury , physical injury of the following , weight changes substantial pain in relationship to eating meals . Sometimes vomiting or bloody stools and urinary tract issues from bad water and food . Shortness of breath from dusty mold covered vents . My Post Traumatic Stress Disorder symptoms have been more intense . I have increased back pain from metal bunk . (HG) Horizontal Gaze from bad lighting and other physical and mental damage done to me by all defendants, while in the custody of Erie County . The violation of my civil and human rights , Being deprived my right to make money and also being deprived my right to receive good medical care has caused me severe mental strain . There are more likely to be other mental and physical issues wich have yet to reveal themselves , that i will carry with me the rest of my life . All of the above has taken place as of  8-5-2024 and is still continuing as of 7-11-2025 .

1

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

RONALD DOLYK
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20__

Date of signing:    7-11-2025

Signature of Plaintiff    _____

Printed Name of Plaintiff    Dennis Verse

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

NAME: Dennis Verse    ICN# 89195
ERIE COUNTY CORRECTIONAL FACILITY
11581 WALDEN AVENUE
ALDEN, NEW YORK 14004

USDC - WDNY

JUL 1 7 2025

BUFFALO

+ .28



ATTN: Clerks Office
U.S. Federal District Courthouse
2 Niagra Square
Buffalo, NY 14202
New York

$ 000.28⁰    JUL 15 2025
0006102069
02 7H
ZIP 14202

US POSTAGE PITNEY BOWES
Correction

14202833950